# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

                     **Plaintiff,**        Filed Under Seal

       **v.**                                CASE NO. 6:22-cr-10012-EFM

**RYAN CARL LOWMASTER,**

                     **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION OF A FIREARM IN BY A PROHIBITED PERSON**
**[18 U.S.C. § 922(g)(1)]**

On or about July 24, 2021, in the District of Kansas, the defendant,

**RYAN CARL LOWMASTER,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce any firearm, to wit: a Walther, Model P22, .22 caliber pistol with serial number Z030572; a Ruger, Model 10/22, .22 caliber rifle with serial number 001278843; and a Smith & Wesson, Model M&P

1

15, .22 caliber rifle with serial number TN95861; said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

1.  The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

### Firearms and Ammunition Forfeiture

2.  Upon conviction of one or more of the offenses set forth in Count 1 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition used or involved in the commission of the offense, including, but not limited to:

    A.  a Walther, Model P22, .22 caliber pistol with serial number Z030572;

    B.  a Ruger, Model 10/22, .22 caliber rifle with serial number 001278843;

    C.  a Smith & Wesson, Model M&P 15, .22 caliber rifle with serial number TN95861; and

    D.  ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

| | |
|---|---|
| March 22, 2022 | s/Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

DUSTON J. SLINKARD
UNITED STATES ATTORNEY


By: /s/ Jason W. Hart
JASON W. HART
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: jason.hart2@usdoj.gov
Ks. S. Ct. No. 20276

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

### Count 1 – Felon in Possession of a Firearm

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.