# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

U.S.A. vs. Ryan Carl Lowmaster               Docket No. 1083 6:22CR10012-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Diana M. Kerns, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Ryan Carl Lowmaster, who was placed under pretrial release supervision by the Honorable Gwynne E. Birzer sitting in the court at Wichita, Kansas, on 07/19/2022, under the following conditions:

1. **The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. The defendant has been attending outpatient substance abuse treatment at Road to Recovery through the U.S. Probation Office, since August 2022. On September 26, 2022, October 10, 2022, and December 19, 2022, the defendant submitted diluted drug tests at the local contract vendor.

    On January 9, 2022, the defendant submitted a urine sample at the local drug treatment vendor. On January 25, 2023, the U.S. Probation Office received confirmation from the national laboratory that the drug test had confirmed positive for methamphetamine and was diluted. On January 26, 2022, the U.S. Probation Office spoke with the defendant during his drug treatment session. The defendant denied using methamphetamine.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons for the defendant and he be brought before the court to show cause as to why his bond should not be revoked.

Approved:                                         I declare under penalty of perjury that the foregoing is true and correct.

*Sara J. Valdez Hoffer* (signature)

Sara J. Valdez Hoffer, Supervisory U.S. Probation Officer

Executed on:     February 9, 2023

*Diana M. Kerns* (signature)

Diana M. Kerns  
Senior U.S. Probation Officer  
Place:     Kansas City, Kansas

**ORDER OF COURT**

Considered and ordered this ___15th___ day of ___February___ 20__23__ and ordered filed and made a part of the records in the above case. The court's signature below denotes concurrence with the Pretrial Officer's above recommendation.

_____
Honorable Gwynne E. Birzer
U.S. Magistrate Judge

cc: AUSA

Defendant to appear on February 22, 2023, at 1:30 p.m. before the Honorable Gwynne E. Birzer, U.S. Magistrate Judge, courtroom number 326 in Wichita, Kansas.