# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

U.S.A. vs. Ryan Carl Lowmaster            Docket No. 1083 6:22CR10012-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Diana M. Kerns, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant Ryan Carl Lowmaster, who was placed under pretrial release supervision by the Honorable Gwynne E. Birzer sitting in the court at Wichita, Kansas, on 07/19/2022, under the following conditions:

1. **The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. The defendant submitted a drug test on March 7, 2023, which tested positive for methamphetamine. The U.S. Probation Office received the confirmation from the national laboratory on March 29, 2023, that the sample was positive for methamphetamine. The defendant denied using methamphetamine and stated it was the result of his prescription medication. On April 11, 2023, the U.S. Probation Office obtained an interpretation report from the national laboratory regarding the positive urinalysis test. The national laboratory conducted an analysis of the sample positive for methamphetamine and other samples which tested positive for amphetamine based on the defendant's prescription drugs. The national laboratory concluded the positive sample submitted on March 7, 2023, was not the result of a prescribed medication but was based on the use of the illegal substance methamphetamine.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the defendant's arrest and he be required to appear and show cause as to why his bond should not be revoked.

Approved:

*Sara J. Valdez Hoffer*  
Sara J. Valdez Hoffer, Supervisory U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     April 11, 2023

*Diana M. Kerns*  
Diana M. Kerns  
Senior U.S. Probation Officer  
Place:     Kansas City, Kansas

## ORDER OF COURT

Considered and ordered this ___14th___ day of ___April___ 20_23_ and ordered filed and made a part of the records in the above case. The court's signature below denotes concurrence with the Pretrial Officer's above recommendation.

**If Petition results in the issuance of a Warrant, the Docket Entry, Petition and Warrant sealed and not to be distributed to counsel of record. Docket Entry, Petition and Warrant unsealed upon arrest.**

_____
Honorable Gwynne E. Birzer
U.S. Magistrate Judge

cc:  AUSA