**AFFIDAVIT IN SUPPORT OF A COMPLAINT FOR FORFEITURE**

I, Colbe Austin, being duly sworn, declare and state:

1. I have 3.5 years of law enforcement experience as a Game Warden with the Kansas Department of Wildlife and Parks. The affiant has participated in numerous investigations and in the collection and recovery of evidence.

2. The information contained in this affidavit is known to me through personal direct knowledge, and/or through a review of official reports prepared by other law enforcement personnel. This affidavit is submitted in support of a complaint for forfeiture.

3. On July 24, 2021, I received a phone call from a landowner reporting a trespasser driving through his field in northern Montgomery County. The landowner reported he had surveillance of two trucks pulling into his property and later heard two gunshots.

4. During the encounter, I contacted Ryan LOWMASTER, Shane BALLEW and Elizabeth LINNEBUR who were found together on the property.

5. LOWMASTER, admitted to entering the property, without the landowner's permission, to fish.

6. LOWMASTER stated he had just gotten off work in Thayer, KS and he had thrown his poles in his trailer.

7. During the encounter, an AR-15 style rifle was observed sitting on the driver's seat of a Dodge Ram, which belonged to LOWMASTER.

8. LOWMASTER told me he was not allowed to possess firearms. I also knew LOWMASTER had previously served a prison sentence.

9. I searched the Dodge Ram and located a Smith & Wesson, Model M&P 15, .223 caliber rifle with serial number TN95861 and a Ruger, Model 10/22, .22 caliber rifle with serial number 001278843.
10. I also found a Walther P22 magazine with .22 caliber ammunition but no handgun.
11. LOWMASTER was asked about a handgun, and he advised his wife had brought the truck to him and left in a different vehicle and that she normally carries a handgun with her.
12. LOWMASTER told me there was ammunition in a cardboard box in the trailer being pulled by the Dodge Ram.
13. On July 26, 2021, I located a Walther, Model P22, .22 caliber pistol with serial number Z030572 near the location LOWMASTER was observed on July 24, 2021.
14. On July 27, 2021, LINNEBUR was interviewed and she indicated that LOWMASTER had used a pistol to shoot a gar twice.
15. LINNEBUR also advised that LOWMASTER'S wife had not been present in another vehicle when they were fishing on July 24, 2021.
16. LINNEBUR advised LOWMASTER had driven the Dodge Ram with the trailer to the location.
17. On June 8, 2023, in District of Kansas case 22-CR-10012, LOWMASTER entered a plea of guilty to one count of 18 U.S.C. § 922(g)(1), Possession of a Firearm by a Prohibited Person admitting that he was in possession of a Walther, Model P22, .22 caliber pistol with serial number Z030572.
18. Based upon the information set out above, probable cause exists that the Smith and Wesson, Model M&P 15 with serial number

TN95861, the Ruger, Model 10/22 with serial number 001278843, and the Walther, Model P22 with serial number Z030572 are all property possessed by Ryan LOWMASTER and constitute firearms used or involved in the commission of the offense Ryan LOWMASTER pled guilty to in District of Kansas case 22-CR-10012.

Colbe Austin, Game Warden
KDWP

Sworn to and subscribed before me this 24th day of June 2023

Notary Public

My Commission Expires:



NOTARY PUBLIC - State of Kansas
MISTY FRITH
My Appt. Expires 9/16/24